NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney
TIMOTHY R. BOLIN, SBN 259511
Special Assistant United States Attorney
   Social Security Administration
   Office of the General Counsel
   160 Spear St Ste 800
   San Francisco, CA 94105
   Telephone: (415) 977-8982
   Facsimile: (415) 744-0134
   Email: timothy.bolin@ssa.gov
Attorneys for Defendant

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS JOHN WILLIAMS,<br><br>   Plaintiff,<br><br>   v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>   Defendant. | No. 8:19-cv-02256-PD<br><br>JUDGMENT |

1 | Having approved the parties' joint stipulation to voluntary remand
2 | pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE
3 | COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.
4
5 | Date: May 26, 2020                    *Patricia Donahue*
6 |                                       HON. PATRICIA DONAHUE
7 |                                       United States Magistrate Judge

-2-